**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAHIRA ALI KADHOM,

        *Plaintiff*,

   v.

BOB JACHIM,
Consul General U.S. Embassy in Amman,

      *Defendants*.

Civil Action No. 21-2601 (PLF)

<u>**NOTICE OF APPEARANCE**</u>

    The Clerk of the Court will please enter the appearance of SIAN JONES, Assistant U.S.

Attorney, as counsel of record for Defendant in the above-captioned case.

                Respectfully submitted,


                  */s/ Sian Jones*
                SIAN JONES
                DC Bar # 1024062
                Assistant United States Attorney
                601 D Street, NW
                Washington, D.C., 20530
                Telephone: 202-252-2578
                Sian.Jones@usdoj.gov